NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONIA I. WRIGLESWORTH,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2025-1771

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-18-0285-W-2.

---

## O R D E R

The petitioner having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

2                                      WRIGLESWORTH V. MSPB

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


July 24, 2025
Date

Jarrett B. Perlow
Clerk of Court